JAMES M. CARSON, *Plaintiff in Error*, v. S. H. BULLOCK, AS RECEIVER OF THE STATE BANK OF KISSIMMEE, AN INSOLVENT FLORIDA BANKING CORPORATION, *Defendant in Error.*

Decision filed August 11, 1922.

A Writ of Error to the Circuit Court for Oscela County, C. O. Andrews, Judge.

*Thomas B. Everhart,* for Plaintiff in Error;

*Johnston & Garrett,* for Defendant in Error.

PER CURIAM.—The judgment herein is affirmed on authority of Bryan v. Bullock, filed August 5, 1922.

Affirmed.

All concur.